MOTZ, Senior District Judge,
concurring:
I concur in the memorandum disposition. I write separately only to say that (1) I believe the district judge has done an admirable job, (2) our memorandum disposition does not reflect on the ultimate issue that the District Court must decide— the fairness, reasonableness, and adequacy of the settlement, (3) some appellate courts may not fully understand how eleventh-hour objectors may interfere with the proper resolution of MDL proceedings, and (4) we risk diminishing the role of lawyers in forging a settlement that is in.the interest of the class, the defendant, and the public by second-guessing a settlement resulting from a mediated settlement. All of that said, the reasoned memorandum disposition is consistent with circuit precedent.